IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTIVE WIRELESS TECHNOLOGIES LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and T-MOBILE US, INC.<br><br>   *Defendants*,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.<br><br>   *Intervenors*. | CIVIL ACTION NO. 2:23-CV-00261-JRG |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Active Wireless Technologies LLC ("Plaintiff" or "AWT"), Defendants T-Mobile USA, Inc. and T-Mobile US, Inc. (collectively, "Defendants" or "T-Mobile"), and Intervenors Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia" and with Plaintiff, Defendants, and Ericsson, the "Parties"). (Dkt. No. 220.) In the Motion, the Parties request the following:

1. that all claims originally asserted by AWT against Ericsson herein, including with respect to U.S. Patent No. 10,755,764 (the "'764 Patent"), are dismissed with prejudice;

2. that all claims originally asserted by AWT against Nokia herein, including with respect to the '764 Patent, are dismissed with prejudice;

3. that all claims originally asserted by AWT against T-Mobile as to equipment supplied by Ericsson herein, including with respect to '764 Patent, are dismissed with prejudice;

4. that all claims originally asserted by AWT against T-Mobile as to equipment supplied by Nokia herein, including with respect to the '764 Patent, are dismissed with prejudice;

5. that all remaining claims asserted by AWT against T-Mobile, if any, are dismissed without prejudice;

6. that all counterclaims and defenses asserted against AWT by Ericsson are dismissed without prejudice;

7. that all counterclaims and defenses asserted against AWT by Nokia are dismissed without prejudice;

8. that all counterclaims and defenses asserted against AWT by T-Mobile USA Inc. and T-Mobile US Inc. are dismissed without prejudice; and

9. that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and counterclaims are dismissed in accordance with the Parties' requests enumerated above. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Mar 10, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE